UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
WESLEY POWELL, :
:
                  Plaintiff, :
:     24-CV-1338 (VSB)
    - against - :
:     <u>ORDER</u>
:
JOHN DEWEES, JOHN CAMPBELL, and :
KARL GEE, *individually*, :
:
               Defendants. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's Proposed Order to Show Cause for a Preliminary Injunction and supporting papers. (Docs. 8–10.) Plaintiff and Defendants are directed to appear for a telephonic conference on Plaintiff's request for a preliminary injunction on March 12, 2024 at 11:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448. Plaintiff is further directed to email this order to Defendants by no later than noon on March 9, 2024.

SO ORDERED.

Dated:     March 8, 2024
             New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge