UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WESLEY POWELL,                                              :
:
                            Plaintiff,   :
:              24-CV-1338 (VSB)
      - against -                                        :
:                  ORDER
:
JOHN DEWEES, JOHN CAMPBELL, and                             :
KARL GEE, *individually*,                                   :
:
                          Defendants.   :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On March 12, 2024, I held a telephonic conference in this case.  In accordance with my comments made during the conference, it is hereby:

        ORDERED that Defendants file their opposition to Plaintiff's motion for a preliminary injunction by March 27, 2024; and Plaintiff his reply by April 3, 2024.

        IT IS FURTHER ORDERED that by April 5, 2024 the parties file a joint letter containing a brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees.

SO ORDERED.

Dated:     March 12, 2024
              New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge